IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY ALLEN                    )
MCCLELLAN, #277145,              )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CASE NO.  2:17-CV-32-WKW
                                 )               [WO]
JOHN HUDSON,                     )
                                 )
        Defendant.               )

## ORDER

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 8.)

There being no timely objection filed to the Recommendation, and based on a review

of the record, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 8) is

ADOPTED; and

2.    This case is DISMISSED with prejudice under 28 U.S.C.

§ 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 24th day of March, 2017.

                            /s/ W. Keith Watkins
          _____
                CHIEF UNITED STATES DISTRICT JUDGE